IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUL 27 2005

CLERK, U.S. DISTRICT COURT
By _____
    Deputy

| | |
|---|---|
| MICHAEL P. COUTURE, | § |
| Petitioner, | § |
| v. | § 2:03-CV-0173 |
| DOUGLAS DRETKE, Director, Texas Department of Criminal Justice, Correctional Institutions Division, | § |
| Respondent. | § |

## ORDER ADOPTING REPORT AND RECOMMENDATION
### and DENYING PETITION FOR A WRIT OF HABEAS CORPUS

Petitioner has filed with this Court a petition for a writ of habeas corpus challenging a prison disciplinary case. On July 8, 2005, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that the petition for a writ of habeas corpus be denied. As of this date, no objections to the Report and Recommendation have been filed of record.

The undersigned United States District Judge has made an independent examination of the record in this case. The Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, the petition for a writ of habeas corpus filed by petitioner is hereby DENIED.

IT IS SO ORDERED.

ENTERED this _26th_ day of _July_ 2005.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE